IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2005 SEP 15 A 10: 06

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Israel Gutierrez )
_____ )
_____ )
_____ )
_____ )
         Plaintiff(s)   )
                        )
   v.                   )     2:05CV883-D
                        )
Judge Bright and        )
Lt. from 21 Jump Street and )
Montgomery County Detention )
Facility                )
         Defendant(s)   )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _____

moves this Honorable Court for an order allowing her/him to proceed in this case without

prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached

sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____ RECEIVED

|  |  |
|---|---|
| Plaintiff | APPLICATION TO PROCEED 2005 SEP 15 A 10: 06 WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA |
| V. | |
| | CASE NUMBER: |
| Defendant | |

I, __ISRAEL Gutierrez__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Montgomery County Detention Center__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☑ No
   b. Rent payments, interest or dividends                ☐ Yes        ☑ No
   c. Pensions, annuities or life insurance payments      ☐ Yes        ☑ No
   d. Disability or workers compensation payments         ☑ Yes        ☐ No
   e. Gifts or inheritances                               ☐ Yes        ☑ No
   f. Any other sources                                   ☑ Yes        ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$108 from VA
$675 from Social Security

RECEIVED
2005 SEP 15 A 10: 06

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.  $500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.
   Home its value is 86,000 But my wife is losing it because of my situation

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Sandra L. Gutierrez wife
   Maydianne A. Gutierrez
   Shop Aaron Gutierrez
   Seemantha Jo. Gutierrez      All my kids
   Julian A. Gutierrez
   Abilynn Gutierrez    All my money goes to my wife to pay bills.

I declare under penalty of perjury that the above information is true and correct.

09-13-205
Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.