IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISRAEL GUTIERREZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:05cv883-D |
| | ) |
| JUDGE BRIGHT, et al., | ) |
| | ) |
|     Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff and that the plaintiff take nothing by his said suit.

DONE this 28th day of October, 2005.

       /s/ Ira DeMent
       SENIOR UNITED STATES DISTRICT JUDGE